IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TERRANCE DURELL SAYLES, | ) |
| Plaintiff, | ) No. 3:21-cv-00095-SMR-WPK |
| v. | ) |
| | ) **ORDER GRANTING PLAINTIFF'S** |
| RANDY GIBBS, CHRIS TRIPP, BRAD | ) **MOTION TO DISMISS** |
| HOENIG, RODOLFO GONZALEZ, | ) **WITH PREJUDICE** |
| GREGORY KELLER, REBECCA BOWKER, | ) |
| and BETH SKINNER, | ) |
| Defendants. | ) |

Before the Court is plaintiff Terrance Sayles's motion to dismiss with prejudice. ECF No. 45. For the following reasons, Sayles's motion is **GRANTED**.

## I. BACKGROUND

While Defendants' motion for summary judgment, ECF No. 35, was pending, Sayles filed a motion to dismiss without prejudice. ECF No. 45. Defendants resisted the motion, asking the Court to grant their motion for summary judgment and dismiss the case with prejudice. *See* ECF No. 46 at 1. The Court denied Sayles's motion to dismiss without prejudice and ordered him to file a response to the Defendants' motion for summary judgment or move to voluntarily dismiss his complaint with prejudice. ECF No. 47 at 5. Sayles chose the latter, moving to voluntarily dismiss his complaint with prejudice. ECF No. 48 at 1.

## II. DISCUSSION

The Court already discussed the factors it must consider in deciding whether to permit voluntarily dismissal under Fed. R. Civ. Pro. 41(a)(2). *See* ECF No. 2–3. The Court will not recite those factors again, but it has considered them anew. "Usually, a request for voluntary dismissal with prejudice is granted." *See*, *e.g.*, *Majors v. Pro. Credit Mgmt., Inc.*, No. 4:17-CV-00270-AGF, 2018 WL 1251914, at

*2 (E.D. Mo. Mar. 12, 2018) (citation omitted). "Denial of a dismissal with prejudice is proper, however, where it would be unfair to Defendant to dismiss the case." *Id.*

The Court concludes that it would not be unfair to Defendants to dismiss the case with prejudice. While there is a summary judgment motion pending, *see* ECF No. 35, "the Court sees little to be gained from such an expense of judicial resources, as a dismissal with prejudice is a final judgment on the merits with res judicata effect." *Majors*, No. 4:17-CV-00270-AGF, 2018 WL 1251914, at *2 (citing 9 Charles Alan Wright et al., *Federal Practice & Procedure* § 2367 (3d ed. 2017) ("A dismissal with prejudice, unless the court has made some other provision, is subject to the usual rules of res judicata and is effective not only on the immediate parties to the action but also on their privies.")). Therefore, the Court **GRANTS** Sayles's motion to dismiss with prejudice. *See id.* (granting plaintiff's motion to dismiss with prejudice while defendant's motion for summary judgment was pending).

**IT IS ORDERED** that Sayles's motion to dismiss with prejudice, ECF No. 48, is **GRANTED**. Sayles's case is dismissed.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment, ECF No. 35, is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated this 2nd day of May, 2024.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA